IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tiffany Holodnak<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Service Employees International Union ("SEIU"),<br><br>　　　　Defendant. | No. 1:20-cv-03250-RC |

## STIPULATION OF DISMISSAL

It is hereby STIPULATED AND AGREED, by and between the undersigned Parties, through their respective counsel, that the above Action is hereby dismissed with prejudice, without fees or costs to any party.

SO STIPULATED, as of the 21st day of June, 2022:

_Charles Tucker, Jr., Esq/ewk_
Charles Tucker Jr.
Tucker Moore Group LLP
8181 Professional Place, Suite 207
Hyattsville, MD 20785
301-577-1175
charles@tuckerlawgroupllp.com

*Attorney for Plaintiff*

Adam Bellotti (abellotti@bredhoff.com)
April H. Pullium (apullium@bredhoff.com)
Bredhoff & Kaiser P.L.L.C.
805 Fifteenth St., N.W., Suite 1000
Washington, D.C. 20005
202-842-2600

*Attorneys for Defendant*

SO ORDERED:

_____  6/21/2022
Rudolph Contreras, United States District Judge

Doc ID: 7ab1a7123c690d8f9e873171e3db6d7a4af33b09